IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

TINA K. FERREBEE, )
)
        Plaintiff, )
)
v. ) 1:19CV1139
)
ANDREW M. SAUL, )
Commissioner of Social Security, )
)
        Defendant. )

**ORDER**

The Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and, on February 5, 2021, was served on the parties in this action. (ECF Nos. 14, 15.) Plaintiff filed objections to the Magistrate Judge's Recommendation, (ECF No. 16), and Defendant responded in opposition, (ECF No. 17). The Court has appropriately reviewed the Magistrate Judge's Recommendation and has made a *de novo* determination in accord with the Magistrate Judge's Recommendation. The Court therefore adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that the Commissioner's decision finding no disability is AFFIRMED, that Plaintiff's Motion for Judgment Reversing the Decision of the Commissioner of Social Security, (ECF No. 9), is DENIED, that Defendant's Motion for Judgment on the Pleadings, (ECF No. 11), is GRANTED, and that this action is DISMISSED with prejudice.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This, the 5th day of March 2021.

/s/ Loretta C. Biggs
United States District Judge